not satisfied here, the trial court properly suppressed the tape recordings.

Accordingly, I dissent.

Justice NIGRO joins this dissenting opinion.

COMMONWEALTH of Pennsylvania, Respondent,

v.

Thomas W. DRUCE, III, Petitioner.

Supreme Court of Pennsylvania.

Oct. 21, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of October, 2002, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Does a judge's violation of Judicial Canon 3A(6) establish enough evidence to compel recusal or is more evidence required, i.e., evidence concerning an appearance of bias and prejudice?

Dion M. JETTER, Appellant,

v.

SECRETARY OF CORRECTIONS FOR PENNSYLVANIA, Jeffrey A. Beard, PH.D., et al., Appellees.

Supreme Court of Pennsylvania.

Oct. 22, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of October, 2002, the Order of the Commonwealth Court is affirmed.